# Court of Appeals
# of the State of Georgia

ATLANTA,____August 03, 2015____

*The Court of Appeals hereby passes the following order:*

## A15A1872.  PATRICIA ORTIZ v. WELLS FARGO BANK, N.A.

This appeal was docketed on June 2, 2015.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, Appellant's brief and enumeration of errors was due no later than June 22, 2015. Appellant failed to file a brief and enumeration of errors or request an extension of time in which to do so by this date.  Accordingly, Appellant's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____08/03/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*